```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

| | |
|---|---|
| **ERIC MYREE PERKINS,** | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *  CIVIL ACTION NO.13-00286-KD-B |
| | * |
| **KUSHLA WATER DISTRICT,** *et al.*, | * |
| | * |
| Defendants. | * |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Defendants' Motion to Dismiss (Doc. 9) and Plaintiff's Motion for Leave to Amend (Doc. 13) be **DENIED** as moot.

**DONE** this 23rd day of August 2013.

s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**