# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| ERIC MYREE PERKINS | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )    CIVIL ACTION NO. 13-0286-KD-B |
| | ) |
| KUSHLA WATER DISTRICT; | ) |
| WILLIAM SILVER, Individually; | ) |
| ROY KING, Individually; and | ) |
| JAMES TODD, Individually, | ) |
| | ) |
|     Defendants. | ) |

## JUDGMENT

In accordance with the Order issued this date granting Defendants' Motion for Summary Judgment, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of Defendants Kushla Water District, William Silver, Roy King, and James Todd and against Plaintiff Eric Myree Perkins.

**DONE** this the 14th day of May 2014.

                                      s/ Kristi K. DuBose
                                      KRISTI K. DuBOSE
                                      UNITED STATES DISTRICT JUDGE